**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6429**

GREGORY GREEN,

        Plaintiff - Appellant,

    v.

TRAVIS M. HYMAN, Assistant Solicitor, Horry County; JIMMY A. RICHARDSON, II, Solicitor, Horry County; BRYAN STERLING, Director, South Carolina Department of Corrections; ALFREDO MORTELL, Warden, Manning Correctional Institution,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:20-cv-03100-RBH-PJG)

Submitted:  August 24, 2021           Decided:  August 27, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green appeals the district court's order granting in part and denying in part his Fed. R. Civ. P. 54(b) motion for reconsideration of the court's prior order adopting the recommendation of the magistrate judge and dismissing Green's 42 U.S.C. § 1983 claims against some of the defendants. Limiting our review of the record to the issues raised in Green's informal brief, we find no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*